NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**TYGER MANUFACTURING LLC,**
*Plaintiff-Appellee*

**v.**

**MIKE'S WORLDWIDE LLC, MIKE'S NOVELTIES, INC., MANISH CHANDER, AKA MANISH CHANDRA, AKA MIKE CHANDER, DBA MWI,**
*Defendants-Appellants*

---

2021-1567

---

Appeal from the United States District Court for the Southern District of Texas in No. 4:19-cv-02856, Judge Nancy F. Atlas.

---

**JUDGMENT**

---

STEVEN N. FOX, Steven N. Fox, Esq., Sharon, MA, argued for plaintiff-appellee.

LOUIS F. TERAN, Strategic Legal Counseling, Pasadena, CA, argued for defendants-appellants.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 18, 2021          /s/ Peter R. Marksteiner
Date                            Peter R. Marksteiner
                                 Clerk of Court